IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GILARDO LEON ACEVEDO

        Plaintiff,

        v.

BRIAN BELLEQUE

        Defendant.

Civil No. 07-1188-HU

O R D E R

Alison M. Clark
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204

    Attorney for Plaintiff

Page 1 - ORDER

John R. Kroger
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on January 27, 2009.  Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated January 27, 2009 in its entirety.

IT IS HEREBY ORDERED that Plaintiff's petition for writ of habeas corpus is DENIED.

DATED this   16th   day of April, 2009.

          /s/ Garr M. King
          GARR M. KING
          United States District Judge